# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:08-CV-113-FDW-DCK

| | |
|---|---|
| THE CIT GROUP/COMMERCIAL SERVICES, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| CRYSTAL SPRINGS APPAREL, LLC, MICHAEL A. NIGRO and DONNA M. NIGRO, ) ) ) ) | |
| Defendants. ) _____ ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no certification of a Rule 26(f) conference in this matter.

**IT IS, THEREFORE, ORDERED** that the parties confer pursuant to Fed.R.Civ.P. 26(f), Local Rule 16.1(A), and the Honorable Frank D. Whitney's Standing Orders (3:07-mc-47), and jointly file a written report of that initial attorneys' conference, along with a proposed discovery plan, on or before **August 13, 2008.**

The Clerk of Court is directed to send a copy of this Order to Defendants by certified U.S. Mail.

**SO ORDERED**.

Signed: July 24, 2008

David C. Keesler
United States Magistrate Judge