# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**DOCKET NO. 3:08-cv-113-FDW**

| | |
|---|---|
| THE CIT GROUP/COMMERCIAL SERVICES, INC., )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>CRYSTAL SPRINGS APPAREL, LLC, )<br>MICHAEL A. NIGRO, and DONNA M. )<br>NIGRO, )<br>)<br>**Defendants.** )<br>) | **ORDER** |

THIS MATTER comes now before the Court upon Plaintiff's Motions for Default Judgment as to Defendant Crystal Springs (Doc. No. 23) and Summary Judgment against Defendants Michael A. Nigro and Donna M. Nigro (Doc. No. 24). Having heard oral argument from Plaintiff's counsel and from Mr. and Ms. Nigro on their own behalf, the Court will GRANT Plaintiff's Motions for the reasons stated in open court and in Plaintiff's brief. The Court specifically holds as follows:

1. This Court has subject matter jurisdiction over this case and personal jurisdiction over all three Defendants;

2. Defendants are jointly and severally liable to Plaintiff in the amount of $447,655.33;

3. Plaintiff is entitled to attorney's fees in the amount of $67,148.30; and

4. Plaintiff is entitled to interest from the date of this Order at the rate allowed by federal law.

IT IS SO ORDERED.         Signed: April 22, 2009

*[Signature]*

Frank D. Whitney
United States District Judge