# United States District Court
## For The Western District of North Carolina
## Charlotte Division

The CIT Group/Commerical Services, Inc.,

           Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:08cv113

Crystal Springs Apparel, LLC et al,

           Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/22/2009 Order.

Signed: April 23, 2009

*Frank G. John*

Frank G. Johns, Clerk
United States District Court